HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANDREW OVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00008-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER** |
| vs. | ) |
| ANDREW OVER, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Andrew Over, that Mr. Over's term of unsupervised probation may be extended to expire on February 20, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to January 24, 2018.

Over the past year, Mr. Over has relocated to Stockton, California and has recently become a father, both a rewarding experience and a financially draining one. Given the circumstances, the parties agree to extend Mr. Over's probation to provide him with sufficient time to complete his community service and pay off the outstanding fine. Accordingly, the parties request that Court extend Mr. Over's term of unsupervised probation to expire February 20, 2018. The parties further request that the Court schedule a review hearing for January 24,

2017.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 16, 2017  /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 16, 2017  /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ANDREW OVER

**O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the October 17, 2017 hearing for Andrew Over, Case No. 6:16-mj-00008-MJS, is continued to January 24, 2018 at 10:00 a.m., and his probation is extended to February 20, 2018.

IT IS SO ORDERED.

Dated:  October 16, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE