HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
ANDREW OVER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-00008-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW** |
| | ) **HEARING AND EXTEND TERM OF** |
| vs. | ) **PROBATION; ORDER** |
| ANDREW OVER, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Andrew Over, that Mr. Over's term of unsupervised probation be extended to expire on March 17, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to February 27, 2018.

Mr. Over's review hearing is currently scheduled for January 24, 2018. By that date, Mr. Over was required to pay a $1250 fine and complete 50 hours of community service. Sadly, Mr. Over's father recently underwent heart surgery, and Mr. Over has been taking care of his father and mother throughout his father's recovery. Mr. Over also just started a second job to help him cover the costs of his new expenses. Given these circumstances, the parties request that Mr. Over's review hearing be continued to February 27, 2018 and that his probation be extended to

March 17, 2018 to give Mr. Over time to pay the outstanding fine and complete his community service hours.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: January 16, 2018 /s/ Susan St. Vincent
Susan St. Vincent
Yosemite Legal Officer
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: January 16, 2018 /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
ANDREW OVER

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the January 24, 2018 hearing for Andrew Over, Case No. 6:16-mj-00008-MJS, is continued to February 27, 2018 at 10:00 a.m., and his probation is extended to March 17, 2018.

IT IS SO ORDERED.

Dated: January 16, 2018 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE